IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ALITZA PORTUHONDO, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

ORDERMARK, INC. and NEXTBITE BRANDS, LLC,

    Defendants.

CASE NO. 1:23-cv-00610-RGA

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of ___Jack A. Raisner___ to represent ___Alitza Portuhondo ("Plaintiff")___ in this matter.

Signed: ___/s/ Christopher D. Loizides___

Christopher D. Loizides (ID. 3968)
1225 King Street, Suite 800
Wilmington, Delaware 19801
(302) 654-0248

Attorney for: ___Plaintiff___

Date: ___7/31/23___

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of ___New York___ and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid " to the Clerk of Court, or, if not paid previously, the fee payment will be submitted " to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: ___7/31/23___

RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, New York 10016